# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GULAN LIAO, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 24-cv-147 |
| v. | ) |
| | ) |
| THE INDIVIDUALS, | ) Presiding Judge: LaShonda A. Hunt |
| CORPORATIONS, LIMITED | ) Magistrate Judge: Young B. Kim |
| LIABILITY COMPANIES, | ) |
| PARTNERSHIPS, AND | ) JURY TRIAL DEMANDED |
| UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED ON SCHEDULE A TO | ) |
| THE COMPLAINT, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY

In this infringement action brought pursuant to the Patent Act, 35 U.S.C. § 101 *et seq.* and the Copyright Act, 17 U.S.C. § 101, *et seq.*, Plaintiff seeks entry of an *ex parte* temporary restraining order (i) enjoining Defendants from making, using, offer for sale, selling, and/or importing products the design of which infringe Plaintiff's U.S. Design Patent No. D891,522 S and U.S. Copyrights VA 2376313, VA 2376315, and VA2376327; (ii) instituting a temporary asset restraint; and (iii) ordering expedited discovery. A Memorandum of Law in support of this Motion is submitted herewith.

Date: January 9, 2024

                                                Respectfully submitted,

                                                By: /s/ Shengmao Mu
                                                Shengmao (Sam) Mu, NY #5707021
                                                **WHITEWOOD LAW PLLC**
                                                57 West 57th Street, 3rd and 4th Floors
                                                New York, NY 10019
                                                Telephone: (917) 858-8018
                                                Email: smu@whitewoodlaw.com

                                                *Counsel for Plaintiff*